■ WAMAC CORPORATION et al., Appellants, v EL PINE DRINKS, INC., et al., Respondents. — Order and judgment (one paper), Supreme Court, New York County, entered on June 30, 1980, unanimously affirmed, without costs and

without disbursements. The appeal from the order of said court entered on July 10, 1980 is unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Carro, Markewich, Lupiano and Bloom, JJ.